AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
| v. | ) |
| Denis Alberto Lagos-Ponce | ) Case No. 3:25-mj-00252-2 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Denis Alberto Lagos-Ponce,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

Date:   09/10/2025

*Issuing officer's signature*

City and state:   Portland, Oregon      Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/10/25, and the person was arrested on *(date)* 9/8/25
at *(city and state)*

Date: 9/11/25

*Arresting officer's signature*

R. Donovan/SA
*Printed name and title*